UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                       :

AMELIA ORTUNO REINA,                :

           Petitioner,       :

      -v-                :       26 Civ. 4862 (JPC)

                       :

KENNETH GENALO, *et al.*,      :       ORDER

                       :

         Respondents.    :

                       :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On June 9, 2026, Petitioner initiated this case by filing a Petition for Writ of Habeas Corpus ("Petition") under 28 U.S.C. § 2241. Dkt. 1. No later than June 18, 2026, Respondents must respond to the Petition or indicate that they do not intend to oppose. By June 25, 2026, Petitioner may submit a reply in support of the Petition. The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York that this Order has been issued.

      SO ORDERED.

Dated: June 9, 2026
      New York, New York                  JOHN P. CRONAN
                                 United States District Judge