UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------X
:
AMELIA ORTUNO REINA,                                                :
:
Petitioner,                         :
:
-v-                               :          26 Civ. 4862 (JPC)
:
KENNETH GENALO, *et al.*,                                           :          ORDER
:
Respondents.                          :
:
--------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On June 9, 2026, Petitioner initiated this case by filing a Petition for Writ of Habeas Corpus

("Petition") under 28 U.S.C. § 2241.  Dkt. 1.  Respondents opposed the Petition on June 18, 2026,

Dkts. 8-10.  In their opposition, Respondents represented that Petitioner has not requested a bond

hearing before an immigration judge and therefore has not exhausted her administrative remedies.

*See* Dkt. 10 at 10-13.

By July 2, 2026, Petitioner shall advise the Court whether she has requested a bond hearing

and shall respond to Respondents' argument that the Court should not consider the Petition because

Petitioner has not exhausted her administrative remedies, *see id.  See Castillo Lachapel v. Joyce*,

786 F. Supp. 3d 860, 864 (S.D.N.Y. 2025); *Guzman v. Joyce*, 786 F. Supp. 3d 865, 869-70

(S.D.N.Y. 2025).

SO ORDERED.

Dated: June 26, 2026
New York, New York                        _____
JOHN P. CRONAN
United States District Judge