UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
AMELIA ORTUNO REINA,                                                    :
:
Petitioner,                          :
:
-v-                                  :                26 Civ. 4862 (JPC)
:
KENNETH GENALO, *et al.*,                                              :                ORDER
:
Respondents.                         :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

By July 10, 2026, the Government shall advise the Court as to its position on Petitioner's

request for the Court to dismiss this action "with a stipulation indicating that the parties agree

Petitioner is detained pursuant to 8 U.S.C. § 1226(a)," Dkt. 12 at 2.

SO ORDERED.

Dated: July 6, 2026
New York, New York                                          JOHN P. CRONAN
United States District Judge