UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| AMELIA ORTUNO REINA,<br><br>Petitioner,<br><br>-v-<br><br>KENNETH GENALO, *et al.*,<br><br>Respondents. | : | 26 Civ. 4862 (JPC)<br><br>ORDER |

JOHN P. CRONAN, United States District Judge:

The parties shall appear for a conference on Petitioner's request for the Court to dismiss this action "with a stipulation indicating that the parties agree Petitioner is detained pursuant to 8 U.S.C. § 1226(a)," Dkt. 12 at 2, on July 15, 2026, at 4:00 p.m. The conference will take place by telephone. At the scheduled time, the parties should call (855) 244-8681, access code 2302 755 2307.

SO ORDERED.

Dated: July 13, 2026
New York, New York

JOHN P. CRONAN
United States District Judge